IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANN MARIE CLIFTON individually and doing ) <br> business as PLAYHOUSE LOUNGE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:11-cv-00413 LJO JLT <br><br> ORDER SETTING SCHEDULING CONFERENCE |

On September 14, 2011, the Court vacated all dates set in this matter pending a determination whether the parties would submit to Magistrate Judge jurisdiction. (Doc. 11) After that jurisdiction was declined, on September 26, 2011, the Court reassigned the matter. (Doc. 13)

Therefore, the Court **ORDERS,**

1. The mandatory scheduling conference SHALL be heard on **October 27, 2011 at 9:30 a.m.** at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301;

2. The parties SHALL comply with the "Order Setting Mandatory Scheduling Conference" issued herewith.

IT IS SO ORDERED.

Dated:  **September 28, 2011**                                                    **/s/ Jennifer L. Thurston**
                                                                                                    UNITED STATES MAGISTRATE JUDGE