IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANN MARIE CLIFTON et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:11-cv-00413 LJO JLT <br><br> ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE CONSOLIDATED OR RELATED |

Counsel and Defendants are involved in another dispute in <u>Joe Hand Promotions, Inc. v. Clifton, et al.</u>, case number 1:10-cv-02388 LJO JLT. At this time, it is unclear whether the Plaintiffs have different principals in their corporate structure or there are other reasons that preclude consolidation or relation.

Therefore, the Court **ORDERS** the parties to show cause, no later than December 9, 2011, why the matters should not be consolidated or related.

IT IS SO ORDERED.

Dated: **November 9, 2011**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE