UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:11-cv-00413-LJO-JLT |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING ORDER TO SHOW |
| ) | CAUSE |
| v. ) | |
| ) | (Doc. 23) |
| ANN MARIE CLIFTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Counsel and Defendants are involved in another dispute in *Joe Hand Promotions, Inc. v. Clifton et al*, case number 1:10-cv-02388-LJO-JLT. Although the Court ordered the parties to show cause why the actions should not be consolidated or related (Doc. 23), neither party responded to the Court's order. Nevertheless, because the same District Judge and Magistrate Judge are assigned to both actions, it appears the actions need not be related for the purpose of reassignment. *See* Local Rule 123(c). Further, the Court declines to consolidate the actions at this time.

    Accordingly, **IT IS HEREBY ORDERED** that the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **November 27, 2012**             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE