UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0413 LJO JLT |
| Plaintiff, | **ORDER AFTER SETTLEMENT** (Doc. 28.) |
| vs. | |
| ANN MARIE CLIFTON, et al., | |
| Defendants. / | |

Plaintiff's counsel notified this Court that settlement has been reached with defendant Ann Marie Clifton. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 8, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the December 18, 2012 pretrial conference and February 12, 2013 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   December 10, 2012                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE