Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 1:11-cv-00413-LJO-JLT |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANN MARIE CLIFTON, individually and d/b/a THE PLAYHOUSE |
| vs. | |
| Ann Marie Clifton, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ANN MARIE CLIFTON, individually and d/b/a THE PLAYHOUSE, that the above-entitled defendant is hereby dismissed **with prejudice** against ANN MARIE CLIFTON, individually and d/b/a THE PLAYHOUSE, *only*.

///
///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 7, 2012      *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:      *s/ James E. Noriega*
**LAW OFFICES OF JAMES E. NORIEGA**
By: James E. Noreiga
Attorneys for Defendant
ANN MARIE CLIFTON, individually and d/b/a
THE PLAYHOUSE

### ORDER

Based on the parties' stipulation, this Court DISMISSES with prejudice defendant Ann Marie Clifton, individually and dba The Playhouse. In the absence of pending matters as to defendant Sergio Andrade, this Court intends to close this action, unless plaintiff, no later than December 18, 2012, files papers to show good cause not to close this action.

IT IS SO ORDERED.

Dated:  **December 11, 2012**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**