1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

J & J SPORTS PRODUCTIONS, INC.,

CASE NO. CV F 11-0413 LJO JLT

12

Plaintiff,

**ORDER TO CLOSE ACTION**

13
14

vs.

ANN MARIE CLIFTON, et al.

15
16

Defendants.
_____/

17

        Given the absence of further matters before this Court and failure to respond to this Court's

18

notice of intent to close action, this Court DIRECTS the clerk to close this action.

19
20
21

IT IS SO ORDERED.

22

**Dated:    December 19, 2012**              ___/s/ Lawrence J. O'Neill___
                                            UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

1