UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0413 LJO JLT |
| Plaintiff, | **ORDER TO STRIKE MOTION FOR DEFAULT JUDGMENT** (Doc. 35.) |
| vs. | |
| SERGIO ANDRADE, | |
| Defendant. | |

This Court's December 11, 2012 order notified plaintiff that: "In the absence of pending matters as to defendant Sergio Andrade, this Court intends to close this action, unless plaintiff, no later than December 18, 2012, files papers to show good cause not to close this action." After plaintiff filed no papers to respond to the December 11, 2012 order, this Court's December 19, 2012 order closed this action in the absence of further matters and plaintiff's failure to respond to this Court's notice of intent to close action. Closing a case precludes further filings.

In disobedience of the December 19, 2012 order, plaintiff filed July 2, 2013 papers to seek default judgment against Sergio Andrade.

Plaintiff has waived ability to seek default judgment with failure to respond to the December 11, 2012 order, disobedience of the December 19, 2012 order, and closure of this action. Plaintiff, more than six months ago, was well aware of this Court's intent to close this

1

action if plaintiff failed to seek default judgment against Sergio Andrade.  Plaintiff's filing of default judgment papers six months after case closure mocks and disparages this Court's orders and case management.  Moreover, this Court is obligated to maximize limited judicial resources and to best manage U.S. District Judge Lawrence J. O'Neill's burdensome caseload of more than 1,800 cases.  This Court is unable to manage and process cases to suit plaintiff's whim.  Allowing the default judgment motion to proceed would jeopardize this Court's delicate case management and would devote inordinate resources to this action at the expense of other actions and litigants.  This Court is unable to devote inordinate efforts and resources to oversee and address plaintiff's continuing malfeasance in this and other actions.

On the basis of good cause, this Court STRIKES plaintiff's default judgment papers (doc. 35) and will neither act on them nor reopen this case.  This Court DIRECTS the clerk to term (doc. 35) and to maintain this action as closed.

IT IS SO ORDERED.

Dated: **July 2, 2013**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE